ROBERTA L. STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
BEATRIZ ANDRE, SBN 4394599 (NY)
KENA C. CADOR, SBN 321094 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102
Telephone No. (650) 684-0933
Fax No. (415) 522-3425
kena.cador@eeoc.gov

*Attorneys for Plaintiff EEOC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRACISCO AND OAKLAND DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BARNES & NOBLE COLLEGE BOOKSELLERS, LLC,<br><br>Defendant. | Case No.: 3:25-cv-8142-SK<br><br>**MOTION FOR STAY AND EXTENSION WITH REQUEST FOR EXPEDITED RULING AND ORDER** |

Plaintiff Equal Employment Opportunity Commission (EEOC) moves to stay this litigation and extend all deadlines due to the lapse in appropriations and federal government shutdown. The EEOC also requests an expedited ruling on this motion.

1. The EEOC is the government agency charged with interpreting, administering and enforcing federal employment discrimination laws.

2. Federal government appropriations lapsed at midnight on September 30th, 2025 and the EEOC is shut down.

3. The EEOC is subject to the Antideficiency Act, which provides in part that an

1  "officer or employee of the United States Government … may not … involve [the] government in a contract or obligation for the payment of money before an appropriation is made unless authorized by law," 31 U.S.C. § 1341(a)(1)(B), and "may not accept voluntary services … or employ personal services exceeding that authorized by law except for emergencies …" 31 U.S.C. § 1342. Such emergencies "do[ ] not include ongoing, regular functions of the government the suspension of which would not imminently threaten the safety of human life or the protection of property." Id.

4.  Given the Antideficiency Act, the EEOC is prohibited from litigating this matter except for a four-hour wind-down on October 1, 2025.

5.  Therefore, the EEOC seeks an order staying this litigation for the duration of the shutdown and extending all deadlines for the same duration as the shutdown.

6.  Counsel for the EEOC has not yet served the complaint nor has Defendant appeared in the matter, therefore the EEOC has not conferred with Defendant on this motion and respectfully requests that the deadline to serve the summons and complaint be extended commiserate with the duration of the shutdown as requested in paragraph 5.

7.  The EEOC requests an expedited ruling on this motion.

WHEREFORE, Plaintiff requests this Court enter an Order staying this litigation and extending all deadlines by the same duration as the shutdown.

Dated:  October 1, 2025                                         Respectfully submitted,

BY:  */s/Kena C. Cador*
KENA C. CADOR
Senior Trial Attorney

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102
Telephone (650) 684-0933
kena.cador@eeoc.gov

*Attorneys for Plaintiff EEOC*

**ORDER**

IT IS HEREBY ORDERED that due to a lapse in appropriations for the EEOC at midnight on September 30, 2025, the litigation of this matter shall be STAYED until the EEOC's funding is restored and all pending deadlines in this matter will be extended for the same number of days as the EEOC's lapse in funding.

**IT IS SO ORDERED.**

Date:   October 2, 2025

_____
HON. SALLIE KIM
United States Magistrate Judge